# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GUERRERO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00009-SAB<br><br>ORDER RE STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 15) |

Plaintiff Alfredo Guerrero filed this action on January 4, 2017, challenging the Social Security Commissioner's denial of his application for benefits. On July 5, 2017, the parties in this action filed a stipulation to remand this action for further proceedings.

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that this action is remanded for further proceedings. Judgment is entered in favor of Plaintiff Alfredo Guerrero and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **July 10, 2017**

UNITED STATES MAGISTRATE JUDGE

1