UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ALFREDO GUERRERO, | No. 1:17-cv-00009-SAB |
|---|---|
| Plaintiff, | |
| v. | ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 18) |

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded awarded attorney fees and expenses under the EAJA in the amount of one thousand six hundred fifteen dollars ($1,615.00).

IT IS SO ORDERED.

Dated: **September 26, 2017**

_____
UNITED STATES MAGISTRATE JUDGE